Pahoua C. Lor SBN 267168
LAW OFFICE OF PAHOUA C. LOR
1255 W. Shaw Avenue #101
Fresno, California 93711
Tele: (559) 840-2780
Fax:  (559) 728-4307

Attorney for Defendants XAI SHOUA YANG and XE HER YANG

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| JOSE ACOSTA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PA VUE dba FLOWER CASE; XAI SHOUA YANG, XE HER YANG<br><br>　　　　　Defendants. | Case No.: 1:19-CV-00305-LJO-SKO<br><br>**STIPULATION TO SET ASIDE DEFAULT AND ORDER**<br><br>Complaint Filed:  March 5, 2019<br>Judge:  Hon. Sheila K. Oberto |

It is hereby stipulated between Plaintiff JOSE ACOSTA through his attorney Zachary M. Best and Defendants XAI SHOUA YANG and XE HER YANG through their attorney Pahoua C. Lor, that the CLERK'S CERTIFICATE OF ENTRY OF DEFAULT filed on May 14, 2019 is set aside and Defendants be allowed to file responsive pleadings by June 24, 2019.

It is further stipulated and requested that the Court set a new Scheduling Conference for the parties.

///

///

1

By signing below, each party or respective attorney represents that he/she has full authority on behalf of their client to enter into this agreement. The parties further stipulate that an electronic signature or a signature via fax will be deemed to have the same force and effect as an original signature.

Dated: May 31, 2019     /S/ ZACHARY M. BEST
                         Zachary M. Best, Attorney for Plaintiff

Dated: May 24, 2019     /S/ PAHOUA C. LOR
                         Pahoua C. Lor, Attorney for Defendants
                         XAI SHOUA YANG and XE HER YANG

### ORDER

Pursuant to the parties' above stipulation (Doc. 13), and for good cause shown, the Clerks Certificate of Entry of Default entered on May 14, 2019 against Defendants Xai Shoua Yang and Xe Her Yang (Doc. 10) is VACATED and SET ASIDE. Defendants Xai Shoua Yang and Xe Her Yang shall respond to the complaint on or before June 24, 2019. The Initial Scheduling Conference set for June 25, 2019, is CONTINUED to July 11, 2019 at 10:45 AM. The parties shall file an updated Joint Scheduling Report on or before July 5, 2019.

IT IS SO ORDERED.

Dated:  **June 6, 2019**              /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE

2